ANDREW WHEELER, JR., an Infant, by ANDREW WHEELER, His Guardian ad Litem, et al., Respondents, v. NATIONAL TRANSPORTATION CO., INC., et al., Appellants.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to affirm.

JERRY ROSEN, Respondent, v. GENERAL PRODUCE CO., INC., et al., Appellants, et al., Defendants. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of IRVING TRUST COMPANY, as Trustee under the Will of CHARLES W. TURNER, Deceased, Respondent. IRVING SPIELER, Appellant; PIERREPONT E. TWITCHELL, as Administrator of the Estate of CHARLES W. TURNER, JR., Deceased, Respondent. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [179 Misc. 217.]

GRAND PAINT SUPPLY CO., INC., Suing on Behalf of Itself and All Other Creditors Similarly Situated, Appellant, v. P. S. PAINTING CORPORATION et al., Respondents.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH KAUFMAN, Respondent, v. JACK LEIBOWITZ, Appellant. — No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

J. EDWIN GOLDMAN, Respondent, v. LOUIS SHULSKY, Appellant. — No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and dismiss the complaint, on the ground that the illegality of the contract appears on the face of the complaint.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (64–72 Washington Place, New York City — Guarantee No. 212,252). CARL PACK, as Trustee, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Such and as Successor to the Mortgage Commission of the State of New York, et al., Respondents. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH JACOBSON, Trading as ACADEMY PANTS COMPANY, Appellant, v. CARTER'S CLOTHES, INC., Defendant, and ALFRED L. BECK, Defendant-Respondent. — No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HERMAN C. JONGEBLOED, as Administrator of the Estates of KATHRYN JONGEBLOED, Deceased, of ROBERT JONGEBLOED, Deceased, and of ELAINE JONGE-